BbC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN



Kenneth Chan

                Plaintiff                  Case No. 25-cv-1789

v.

Genine D. Edwards, Erik Carlson        Jury Trial Demanded

                                                  Complaint

              Defendants

---

1. The current owner of the apartment where Plaintiff resides is Re/Max, as the former owner Raymond Chan claimed in his sworn affidavit,

2. Defendants and Raymond Chan conspired together and deprived Plaintiff of due process,

3. This Court has jurisdiction under the RICO Act.

PRAYER FOR RELIEF

Plaintiff demands $1 Billion against all Defendants.

VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he/has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 11/1/25